# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**Jeffrey J. Chowaniec**
        Plaintiff(s)

vs.          **CASE NUMBER: 6:24-cv-85 (DNH/TWD)**

**Whitesboro Police Dept. and Brandon Macera**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that 1. The Report & Recommendation is ACCEPTED; 2. Plaintiffs complaint is DISMISSED; 3. Plaintiffs Fourth Amendment claim against the Whitesboro Police Department is DISMISSED WITH PREJUDICE; 4. Plaintiff Fourth Amendment claim against Macera is DISMISSED WITH LEAVE TO AMEND; 5. Plaintiff shall have thirty (30) days in which to file an amended complaint that conforms with the specific instructions set forth in the R&R; 6. If plaintiff timely files an amended pleading, the Clerk is directed to return the mater to Judge Dancks for further review as appropriate; and 7. If plaintiff does not timely le an amended pleading, the Clerk is directed to close this mater without further Order of the Court.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 4, 2024.

DATED: May 10, 2024

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk